01

02

03

04

05

06

07

08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09

10

11

12

13

JOHNIE RUSSELL WILLIAMS, III )
)
        Plaintiff,            )       CASE NO.  C10-0084-JLR-MAT
                              )
    v.                        )
                              )       ORDER DENYING PLAINTIFF'S
OFFICER DUFFY, *et al*.,       )       MOTION FOR APPOINTMENT OF
                              )       COUNSEL AND GRANTING
        Defendants.           )       PLAINTIFF'S MOTION TO AMEND
_____ )

14      This matter comes before the Court on plaintiff's motions for appointment of counsel,

15  for leave to amend his complaint, and for an extension of time to file a reply brief in support of

16  his motion for appointment of counsel.   The Court, having reviewed plaintiff's motions, and

17  the balance of the record, does hereby find and ORDER as follows:

18      (1)     Plaintiff's motion for an extension of time to file a reply brief in support of his

19  motion for appointment of counsel (Dkt. No. 27) is DENIED.

20      (2)     Plaintiff's motion for appointment of counsel (Dkt. No. 19) is DENIED.   There

21  is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.   Although the

22

01   Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in*

02   *forma pauperis*, the Court may do so only in exceptional circumstances.   *Wilborn v.*

03   *Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236

04   (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980).   A finding of exceptional

05   circumstances requires an evaluation of both the likelihood of success on the merits and the

06   ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

07   involved.   *Wilborn*, 789 F.2d at 1331.

08          Plaintiff has neither demonstrated a likelihood of success on the merits nor shown that,

09   in light of the complexity of the legal issues involved, he is unable to articulate his claims pro se.

10   Thus, plaintiff has not demonstrated that this case involves exceptional circumstances which

11   warrant appointment of counsel at the present time.

12          (3)      Plaintiff's motion to amend his complaint (Dkt. No. 21) is GRANTED.

13   Plaintiff moves to amend his complaint in order to correct a typographical error contained in his

14   first amended complaint.   Defendants, in their response to plaintiff's motion, indicate that they

15   do not oppose the proposed amendment.   Accordingly, the Clerk is directed to post the

16   proposed amended complaint attached to plaintiff's motion to amend as plaintiff's second

17   amended complaint.

18   //

19   //

20   //

21   //

22

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL AND
GRANTING PLAINTIFF'S MOTION TO AMEND
PAGE -2

01          (4)      The Clerk shall direct copies of this Order to plaintiff, to counsel for defendants,

02   and to the Honorable James L. Robart.

03                   DATED this <u>17th</u> day of September, 2010.

04

05

06                                                      Mary Alice Theiler
                                                        United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL AND
GRANTING PLAINTIFF'S MOTION TO AMEND
PAGE -3