UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNIE RUSSELL WILLIAMS, III | ) |
| | ) |
| Plaintiff, | ) CASE NO. C10-0084-JLR-MAT |
| | ) |
| v. | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| OFFICER DUFFY, *et al.*, | ) MOTION FOR EXTENSION OF TIME |
| | ) |
| Defendants. | ) |
| | ) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for an extension of the discovery deadline. The Court, having reviewed plaintiff's motion, defendants' response thereto, and the balance of the record, does hereby ORDER as follows:

(1) Plaintiff's motion for an extension of the discovery deadline (Dkt. No. 42) is DENIED. Plaintiff requests in his motion that the discovery deadline in this case be extended from December 21, 2010 to March 31, 2011. Plaintiff contends that the extension is necessary because of difficulties he has had scheduling a call with defendants' counsel to discuss defendants' objections to plaintiff's discovery requests. Defendants oppose plaintiff's motion

ORDER DENYING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
Page-1

on the grounds that plaintiff has not shown good cause for the requested extension. This Court agrees that plaintiff's motion papers lack sufficient specificity to establish that the requested extension is warranted. Discovery in this matter is now closed.

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants and to the Honorable James L. Robart.

DATED this 31st day of January, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
Page-2