FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 23 2011

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

10-CV-00084-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNIE RUSSELL WILLIAMS, III, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER DUFFY, *et al.*, <br><br> Defendants. | CASE NO. C10-0084-JLR <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISMISSING CASE |

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion for Summary Judgment (Dkt. 46) is GRANTED with respect to summary judgment, but defendants' request for attorneys' fees is DENIED;

(3) This case is DISMISSED, with prejudice, and

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

01 | defendants, and to the Honorable Mary Alice Theiler.

02 | DATED this 23 day of May, 2011.

JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND DISMISSING CASE
PAGE-2